

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00161-CV

**IN THE INTEREST OF J.G.I.G.**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01378
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal.

SIGNED September 15, 2021.

_____
Rebeca C. Martinez, Chief Justice